JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE MARTINEZ, JR., | CV 06-1962-RSWL |
| Plaintiff, | ORDER **DISMISSING** ACTION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant's Motion to Enforce Settlement was granted on November, 26, 2008.  Plaintiff was ordered to execute all applicable dismissals and releases pursuant to the settlement agreement reached on July 28, 2008. On March 13, 2009, the Court ordered counsel to Show Cause why this action should not be dismissed for lack of prosecution.  To date, counsel has not complied with this order.

1

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

/s/

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: March 24, 2009

2